IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS HAMMER HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | Case No. 4:06CV00035 |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | By: Jackson L. Kiser |
| d/b/a Wal-Mart Supercenter | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me now is the Defendant's Motion for Summary Judgment under Federal Rule of Civil Procedure 56. For the reasons stated in the accompanying memorandum opinion, the Defendant's Motion for Summary Judgment will be **GRANTED**.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record. The Clerk will be further directed to strike this case from the active docket of this Court.

ENTERED this 20th day of July, 2007.

                                                  s/Jackson L. Kiser
                                                Senior United States District Judge

1